UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  ED CV 10-126-DDP (PLA)                               Date April 6, 2012

Title:  Marland Ray Johnson v. Gary Swarthout, Warden

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:    ATTORNEYS PRESENT FOR RESPONDENT:
NONE                                                                           NONE

**PROCEEDINGS:**    **(IN CHAMBERS)**

Pursuant to this Court's Order of March 12, 2012, petitioner's counsel was ordered to file proof that he provided petitioner with notice of his recent 90-day suspension by March 16, 2012.  To date, proof of service has not been filed with the Court.  Accordingly, **no later than April 13, 2012, petitioner's counsel is ordered to show cause** why sanctions should not be imposed for failure to comply with a Court Order.  Filing of the proof of service on or before **April 13, 2012**, shall be deemed compliance with this Order to Show Cause.

cc:   Ronald White, Esq.
      Lynne G. McGinnis, CAAG

Initials of Deputy Clerk     ch