UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARLAND RAY JOHNSON,<br><br>    Petitioner,<br><br>    v.<br><br>GARY SWARTHOUT, Warden,<br><br>    Respondent. | No. ED CV 10-126-DDP (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S THIRD REPORT AND RECOMMENDATION** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's third report and recommendation and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

    ACCORDINGLY, IT IS ORDERED:

    1.    The third report and recommendation is adopted.

    2.    Judgment shall be entered consistent with this order.

    3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: July 30, 2012

                                                HONORABLE DEAN D. PREGERSON<br>                                                UNITED STATES DISTRICT JUDGE