# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MARLAND RAY JOHNSON, | No. ED CV 10-126-DDP (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's third report and recommendation, IT IS ADJUDGED that the second amended petition in this matter is dismissed with prejudice.

DATED: July 30, 2012

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE